

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

MEMORANDUM ORDER

Appellate case name:     New Hampshire Insurance Company v. Peggy C. Allison

Appellate case number:   01-12-00505-CV

Trial court case number:  2010-50904

Trial court:                    157th District Court of Harris County

      Appellee's Motion for Leave to File Post-Submission Brief is GRANTED.  It is so ORDERED.

Judge's signature: /s/ Laura Carter Higley _____
                 Acting individually


Date:  June 20, 2013 _____